In the matter of the appeal from each and every part of a decree entered in the Middlesex county orphans court by the Honorable Adrian Lyon, on December 20th, 1932, in the matter of the estate of JOSEPH CAPRARO, deceased.

[Argued May 28th, 1935. Decided October 9th, 1935.]

*Mr. Salvador Diana (Mr. Winfield S. Angleman,* of counsel), for Rosa Lanza Capraro, appellant.

*Messrs. Collins & Corbin,* for Isabella Capraro, respondent.

PER CURIAM.

Reserving the question whether the next of kin may recover their shares from the administrator "in chancery only," the decree appealed from is affirmed, for the reasons stated in the opinion of the late and venerable jurist, Vice-Chancellor John H. Backes, as vice-ordinary, and reported in *116 N. J. Eq. 259.*

With the stated reservation the decree is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, DEAR, WELLS, JJ. 12.

*For reversal*—None.